IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO SULLIVAN,

        Plaintiff,                        No. CIV S-05-2345 GEB GGH P

    vs.

C.S.P. SOLANO MEDICAL DEPT., et al.,

        Defendants.              <u>ORDER</u>

_____/

        On August 1, 2007, plaintiff filed letter regarding medical treatment. This civil rights action was closed on May 25, 2007. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 8/14/07

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:bb
sull2345.58ggh